# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHAD ALLEN MELLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:11-CV-00223-NT ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 26, 2012 the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on May 15, 2012 and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.  The Commissioner's final decision is hereby AFFIRMED and judgment entered in favor of the Commissioner

/s/ Nancy Torresen
United States District Judge

Dated this 16th day of May, 2012.